IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMMY GETA,

    Plaintiff,

    v.

STANDARD INSURANCE COMPANY,

    Defendant.

No. Civ. 05-1075 DFL KJM

ORDER

    Defendant Standard Insurance Company moves to dismiss plaintiff's complaint, or in the alternative, for summary judgment, on the basis that plaintiff's claims are preempted by ERISA. Plaintiff does not oppose the motion. Therefore, plaintiff's complaint is DISMISSED without prejudice. Plaintiff may file an amended complaint within 21 days of the file date of this order.

    IT IS SO ORDERED.

Dated: 09/28/2005

/s/ David F. Levi
DAVID F. LEVI
United States District Judge

1