Jennifer Kurzon, SBN 145462
**KANTOR & KANTOR, LLP**
17216 Parthenia Street
Northridge, CA  91325
Tel:  (818) 886-2525
Fax:  (818) 350-6275
Attorney for Plaintiff Tammy Geta

Lisa A. Kaner, OSB #88137
**MARKOWITZ, HERBOLD, GLADE & MEHLHAF, P.C.**
Suite 3000 Pacwest Center
1211 S.W. Fifth Avenue
Portland, OR  97204-3730
Tel:  (503) 295-3085
Fax:  (503) 323-9105
Admitted *Pro Hac Vice*

Jeremy Sugerman, Esq., SBN 146315
**GORDON-CREED, KELLEY, HOLL & SUGERMAN, LLP**
222 Kearny Street, Suite 650
San Francisco, CA  94108
Tel: (415) 421-3100
Fax: (415) 421-3150

Of Attorneys for Defendant Standard Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| TAMMY GETA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | CV No.:  2:05-CV-01075-DFL-KJM<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |

On December 22, 2005, Plaintiff, TAMMY GETA, and Defendant, STANDARD INSURANCE COMPANY, participated in a mediation which resulted in a settlement which fully and finally resolved all disputes as between the parties. The Release was executed on December 22, 2005. On January 11, 2006, settlement was finalized and monies were distributed.

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that this matter be dismissed with prejudice; each party to bear their own costs and fees.

DATED: January 18, 2006.    KANTOR & KANTOR, LLP
/S/ Jennifer L. Kurzon
By:_____
JENNIFER L. KURZON
Attorneys for Plaintiff

DATED: January 11, 2006    MARKOWITZ, HERBOLD, GLADE & MEHLHAF, P.C.


/S/ Lisa A. Kaner
By:_____

LISA A. KANER
**MARKOWITZ, HERBOLD, GLADE & MEHLHAF, P.C.**
Admitted *Pro Hac Vice*

JEREMY SUGERMAN
GORDON-CREED, KELLEY, HOLL & SUGERMAN, LLP

Of Attorneys for Defendant Standard Insurance Company

PDF created with pdfFactory trial version www.pdffactory.com

1
2          ***ORDER***
3
  Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice.
4
5
6 DATED: 1/20/2006
7
8          _____
         DAVID F. LEVI
9          United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STIPULATION TO DISMISS ACTION WITH
PREJUDICE AND [PROPOSED] ORDER** - 3

PDF created with pdfFactory trial version www.pdffactory.com